**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7029**

---

CLINTON BEDELL,

Plaintiff - Appellant,

versus

JOHN F. GORCZYK; DAVID PEEBLES; RON ANGELONE;
GENE M. JOHNSON; DAVID A. GARRAGHTY; C. DAVIS;
M. MILLARD; VERMONT CORRECTIONS; VIRGINIA
DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-00-805-2)

---

Submitted: August 9, 2001          Decided: August 17, 2001

---

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Clinton Bedell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clinton Bedell appeals district court orders dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West Supp. 2000) and denying his motion for reconsideration. The court dismissed Bedell's complaint based on his failure to comply with its prior order directing him to submit proof that he had exhausted his administrative remedies. In denying the motion for reconsideration, the district court found that proof of exhaustion had not been received by the court.

Because Bedell may proceed with this action by amending his complaint to provide the information requested by the court, his appeal of the order of dismissal is interlocutory and not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

We therefore dismiss the appeal. We also deny Bedell's motions for appointment of counsel and for return to Vermont and his motions for judgment on the pleadings and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2